# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20839- CR-ALTONAGA

**UNITED STATES OF AMERICA**

vs.

**EMMANUEL BELLO ARIAS,**

    **Defendant.**
_____/

## MOTION FOR DOWNWARD SENTENCING DEPARTURE

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and files this Motion for a Downward Sentencing Departure, pursuant to U.S.S.G. § 5K1.1, with respect to defendant Emmanuel BELLO-Arias, and in support states the following:

1. The defendant was arrested on January 9, 2020 and charged in a three-count indictment with drug trafficking offenses, specifically, conspiracy to distribute cocaine, knowing and intending that it would be illegally imported into the United States, and conspiracy to import cocaine, in violation of Title 21, United States Code, Section 963 (Counts 1 and 2), and conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846 (Count 3).

2. The defendant changed his plea to guilty as to Count 2 on February 25, 2020, pursuant to a written plea agreement. As part of the plea agreement, the defendant agreed to cooperate with the United States in the investigation and prosecution of other criminal activities and offenders.

3. The defendant has been debriefed several times by agents in furtherance of his cooperation and has provided a significant amount of information pursuant to the cooperation agreement. The information provided by the defendant has been of substantial assistance to the United States in the investigation and prosecution of other offenders and offenses. Accordingly, the government believes that the defendant should be sentenced below the advisory guideline range, as set forth in the Presentence Investigation Report, pursuant to Section 5K1.1 of the United States Sentencing Guidelines.

4. The specific areas of the defendant's cooperation upon which the government basis this motion are:

   a. Information leading to the indictment and U.S. arrest of a Dominican drug trafficker.

   b. Information concerning the drug trafficking activities of two previously indicted defendants, which information was used in the extradition packages seeking the defendant's arrest and extradition from two foreign nations.

   c. Information concerning the drug trafficking activities of a criminal associate and assistance in gaining the cooperation of that individual with the government.

   d. Information provided in debriefings since the time of his arrest concerning the activities of members of his criminal organization, including individuals who have been charged, charged and arrested, and/or not yet charged.

5. The government will provide additional details of the defendant's cooperation, as well as a specific sentencing recommendation, at the time of the sentencing hearing.

WHEREFORE the United States respectfully requests that the Court depart downward from the advisory sentencing guideline range, pursuant to U.S.S.G. § 5K1.1.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   ___/S/_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9281
(305) 536-7213 (fax)
Richard.getchell@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via CM/ECF this 29th day of June, 2020.

                                                /S/
                                        Richard E. Getchell
                                        Assistant United States Attorney