**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20839-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**EMMANUEL BELLO-ARIAS**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on June 30, 2020 for sentencing, and upon the Government's Motion for Downward Sentencing Departure [ECF No. 35]. For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of June, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record